[No. 1777.]

IN THE MATTER OF THE APPLICATION OF DUDD MOORE
  FOR A WRIT OF PROHIBITION, RELATOR, *v*. JOHN S.
  ORR AND W. H. A. PIKE, JUDGES OF THE SECOND
  JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA,
  IN AND FOR WASHOE COUNTY, AND SAID DISTRICT
  COURT, RESPONDENTS.

ORIGINAL PROCEEDING. Prohibition by Dudd Moore against
John S. Orr and W. H. A. Pike, Judges of the District Court
of the Second Judicial District of the State of Nevada, in
and for Washoe County, and the District Court thereof.
**Writ granted.**

The facts sufficiently appear in the opinion.

*W. D. Jones* and *M. B. Moore*, for Relator.

By the Court, NORCROSS, J.:

This is an original proceeding in prohibition. The facts
are similar and the same questions of law are presented as
were involved in the case of *In re Dudd Moore, Petitioner*,
against the above-named respondents (No. 1776).

For the reasons stated in the opinion in the case last
referred to, it is ordered that the writ issue herein as prayed
for.